E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6414-GHK (PJWx) | Date | January 9, 2015 |
|---|---|---|---|
| Title | *In re: CytRx Corp. Stockholder Derivative Litigation* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **(In Chambers) Order re:** Individual Defendants' Motion to Dismiss Complaints [Dkt. 25]

On January 8, 2015, we granted CytRx's Motion to Stay this action in favor of related Delaware derivative litigation. [Dkt. 50.]  In light of the stay, we **DENY** Defendants' Motion to Dismiss **without prejudice.**

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |