THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE CYTRX CORP. STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 2:14-cv-06414-GHK (PJWx) |
| This Document Relates To: ALL ACTIONS. | PLAINTIFFS' NOTICE OF MOTION AND MOTION TO VACATE STAY |
| | Date: March 30, 2015<br>Time: 9:30 a.m.<br>Judge: Hon. George H. King<br>CTRM: 650 |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 30, 2015, at 9:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable George H. King, Courtroom 650, United States District Court for the Central District of California, Western Division, located in the Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012, Plaintiffs will and hereby do move this Court for an order vacating the stay (the "Motion") of the above-consolidated action (the "Action").

This Motion is brought pursuant to Rule 7 of the Local Rules of this Court, and the terms of the Court's January 8, 2015 Order (the "Stay Order"). The Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof (the "Memorandum"), the proposed order filed with the Motion, and the Declaration of Brett D. Stecker filed in support of the Motion and Exhibit A thereto (the "Stecker Decl."). Specifically, the Stay Order provides that the "federal forum will remain open if for some unexpected reason the [Delaware] state forum does turn out to be inadequate." The Memorandum and Exhibit A to the Stecker Decl. demonstrate that the Stay Order should be lifted.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 2, 2015. As detailed in the Stecker Decl., Co-Lead Counsel for Plaintiffs commenced the meet and confer process in connection with this Motion on January 22, 2015, and have had numerous discussions (both telephonic and via e-mail) with counsel for Defendants. ("Defendants' Counsel"). Defendants' Counsel advised Co-Lead Counsel for Plaintiffs that they will oppose the Motion.

DATED: February 27, 2015

Respectfully submitted,

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER (admitted *pro hac vice*)
BRETT D. STECKER (admitted *pro hac vice*)
JAMES M. FICARO

/S/ BRETT D. STECKER
BRETT D. STECKER

22 Cassatt Avenue, First Floor
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
rw@weiserlawfirm.com
bds@weiserlawfirm.com
imf@weiserlawfirm.com

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450
kah@weiserlawfirm.com

Counsel for Jared Pankratz and Jack Taylor and Co-Lead Counsel for Plaintiffs

THE SHUMAN LAW FIRM
KIP B. SHUMAN
RUSTY E. GLENN
885 Arapahoe Avenue
Boulder, CO 80302
Telephone: (303)861-3003
Facsimile: (303)484-4886

Counsel for Jack Taylor and Co-Lead Counsel for Plaintiffs

THE ROSSBACHER FIRM
HENRY H. ROSSBACHER, Esq.(060260)
JEFFREY ALAN GOLDENBERG, Esq. (168990)
21550 Oxnard Street, Suite 300
Woodland Hills, CA 91367
Telephone: (818) 274-3010
Facsimile: (818) 224-6600

Local Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 27, 2015.

/S/ BRETT D. STECKER
BRETT D STECKER

THE WEISER LAW FIRM, P.C.
22 Cassatt Avenue, First Floor
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062

bds@weiserlawfirm.com

### Mailing Information for a Case 2:14-cv-06414-GHK-PJW Jared Pankratz v. Steven A. Kriegsman et al

#### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey J Ciarlanto**
  jjc@weiserlawfirm.com
- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com,jmf@weiserlawfirm.com,jjc@weiserlawfirm.com,bds@weiserlawfirm.com,hl@weiserlawfirm.com
- **Peter Bradley Morrison**
  peter.morrison@skadden.com,alejandra.lopez@skadden.com
- **Thomas Jerome Nolan**
  tnolan@skadden.com,LAO.LACWORDPROCESSING@skadden.com,peter.morrison@skadden.com,caroline.vanness@skadden.com,allen.lanstra@skadden.com,thomas.haroldson@skadden.com,al.chua@skadden.com,Stephen.Haydon-Khan@skadden.com,rebecca.isomoto@skadden.com
- **Henry H Rossbacher**
  h.rossbacher@rossbacherlaw.com
- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com
- **Brett D Stecker**
  bds@weiserlawfirm.com,hl@weiserlawfirm.com

#### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)